# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN LAFRANCE, LLC,<br><br>Debtor | Chapter 11<br><br>Case No. 08-10178 (BLS)<br><br>**Hearing Date: March 24, 2008 2:30 p.m.**<br>**Objection Deadline: March 17, 2008 @ 4:00 p.m.** |

## NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO FED. R. BANKR. P. 2014(A) FOR AN ORDER UNDER SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 4, 2008

PLEASE TAKE NOTICE that on February 27, 2008, the Official Committee of Unsecured Creditors (the "Committee") filed the Application Pursuant To Fed. R. Bankr. P. 2014(a) For An Order Under Sections 328 And 1103 Of The Bankruptcy Code Authorizing The Employment And Retention Of FTI Consulting, Inc. As Financial Advisors To The Committee *Nunc Pro Tunc* To February 4, 2008 (the "Application").

Objections and other responses (collectively, the "Objections") to the Application must be: (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before March 17, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline"); and (ii) served so as to be actually received by the undersigned counsel to the Committee on or before the Objection Deadline.

A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, WILMINGTON, DELAWARE 19801 ON **MARCH 24, 2008 AT 2:30 P.M. (ET)**.

#9386511 v1

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

Dated: February 27, 2008　　　　　　　　Respectfully submitted,
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　PEPPER HAMILTON LLP

　　　　　　　　　　　　　　　　　　　　/s/ James C. Carignan
　　　　　　　　　　　　　　　　　　　　David B. Stratton (DE No. 960)
　　　　　　　　　　　　　　　　　　　　David M. Fournier (DE No. 2812)
　　　　　　　　　　　　　　　　　　　　James C. Carignan (DE No. 4230)
　　　　　　　　　　　　　　　　　　　　Hercules Plaza, Suite 5100
　　　　　　　　　　　　　　　　　　　　1313 N. Market Street
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　(302) 777-6500
　　　　　　　　　　　　　　　　　　　　Fax: (302) 421-8390

　　　　　　　　　　　　　　　　　　　　*Proposed Counsel to the Official Committee of Unsecured Creditors*

-2-

#9386511 v1