# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

**Debtor**
American LaFrance, LLC

**Debtor's other names (in last 8 years, including trade names)**
Aero Products, Inc.
ALF Northwest
American LaFrance Aerials
American LaFrance Casper
American LaFrance Hamburg
American LaFrance Los Angeles
American LaFrance MedicMaster
American LaFrance Northwest
Becker Fire Equipment
Ladder Towers, Inc.
RD Murray

**Debtor's Officers and Directors**
Lynn Tilton
William J. Hinz
William Snyder

**Debtor's Counsel**
Haynes & Boone, LLP
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP

**Debtor's Financial Advisor**
CRG Partners
Nachman Hays Brownstein, Inc.
Patriarch Partners Management Group LLC

**Secured Lenders**
Patriarch Partners

**Lender Affiliates**
ZOHAR CDO 2003-1, Ltd.
ZOHAR II 2005-1, Ltd.
ZOHAR III, Ltd.

**Lender Counsel**
Ashby & Geddes, P.A.
Gardere Wynne Sewell LLP

**Insurance Companies**
    Ace-USA
    ACE Bond Services
    Cananwill, Inc.
    Traveler's Casualty & Surety

**Largest Unsecured Creditors**
    Accuride Corporation
    Allison Transmission
    AME Inc.
    Bennett Motor Express, LLC
    Bennett Trucking
    Cable Assembly, LLC
    Carlton - Bates
    Class 1, Inc
    Clay County
    Cummins Emission Solutions
    Cummins Filtration
    Cummins, Inc.
    Daimler Trucks North America, LLC
    Daimler Vans Manufacturing, LLC
    ENAP Grupo De Empresas
    Federal Express Corporation
    Freightliner, LLC
    General Motors Corp.
    Hale Products, Inc.
    IBM Corporation
    IBM Credit Corporation Financing
    Jedburg Industrial Property 1
    Modine Manufacturing Company
    OFAB Inc
    Patriarch Partners Agency Services
    Patriarch Partners Asset Services
    Pneu-Mech Systems Mfg., Inc.
    Rehoboth Beach VFC
    Ryder Integrated Logistics
    Westchester Fire Insurance Company

**Shareholders**
    Patriarch Partners and Affiliates

**Members of UCC and Proposed Professionals**
    Bennett Motor Express, LLC
    Daimler Trucks North America, LLC
    Hale Products, Inc./ Class One, Inc.
    Pepper Hamilton LLP
    Rehoboth Beach Volunteer Fire Company, Inc.
    Ryder Integrated Logistics

**Committee Members' Counsel**
    Freidman Kaplan Seiler & Adelman, LLP
    Montgomery McCracken Walker & Rhoad, LLP
    Young Conaway Stargatt & Taylor

**US Trustee**
    Andrew Vara
    Kelly Stapleton
    Richard Schepacarter

**Other**
    ARK II CLO 2000-1, Ltd.
    Bass, Berry & Sims PLC
    Donald Ball
    Filardi Law Offices LLC
    Hinckley, Allen & Snyder
    Honigman Miller Schwartz and Cohn
    Jimmy Rogers
    Kurtzman Carson Consultants LLC
    Mark Gobessi
    Moore & Van Allen
    Scott Barnes
    Stevens & Lee, PC