# EXHIBIT B

## Parties-in-Interest Noted for Court Disclosure

### Relationships in Matters Related to These Proceedings

### Relationships in Unrelated Matters

**Debtor's Counsel**
Haynes & Boone, LLP

**Debtor's Financial Advisor**
Patriarch Partners Management Group LLC

**Secured Lenders**
Patriarch Partners

**Lender Counsel**
Gardere Wynne Sewell LLP

**Insurance Companies**
Ace-USA
ACE Bond Services
Traveler's Casualty & Surety

**Largest Unsecured Creditors**
Carlton - Bates
Cummins Emission Solutions
Cummins Filtration
Cummins, Inc.
Daimler Trucks North America, LLC
Daimler Vans Manufacturing, LLC
Federal Express Corporation
Freightliner, LLC
General Motors Corp.
IBM Corporation
IBM Credit Corporation Financing

**Shareholders**
Patriarch Partners

**Members of UCC and Proposed Professionals**
Daimler Trucks North America, LLC
Pepper Hamilton LLP

**Committee Members' Counsel**
    Young Conaway Stargatt & Taylor

**Other**
    Bass, Berry & Sims PLC
    Moore & Van Allen
    Stevens & Lee, PC