## CERTIFICATE OF SERVICE

  I, James C. Carignan, hereby certify that on February 27, 2008, I caused to be served the Application Of The Official Committee Of Unsecured Creditors Pursuant To Fed. R. Bankr. P. 2014(a) For An Order Under Sections 328 And 1103 Of The Bankruptcy Code Authorizing The Employment And Retention Of FTI Consulting, Inc. As Financial Advisors To The Official Committee Of Unsecured Creditors *Nunc Pro Tunc* To February 4, 2008, upon the entities identified on the attached service list via regular, first-class mail.

Dated: February 27, 2008
Wilmington, DE

/s/ James C. Carignan
James C. Carignan

#9386529 v1

Christopher A. Ward, Esq.  
Klehr Harrison Harvey Branzburg & Ellers  
919 N. Market Street  
Suite 1000  
Wilmington, DE  19801

Thomas G Ainsworth, Esq.  
Ainsworth Thelin Chamberlain Raftice PA  
7 Ocean Street  
P.O. Box 2412  
South Portland, ME  04116-2412

Don A. Beskrone, Esq  
Gregory A. Taylor, Esq  
Karen B. Skomorucha Esq  
Ashby & Geddes PA  
500 Delaware Avenue, 8th Flr.  
P.O. Box 1150  
Wilmington, DE  19899

Robert McL. Boote, Esq  
Ballard Spahr Andrews & Ingersoll LLP  
1735 Market St, 51st Flr.  
Philadelphia, PA  19103-7599

Tobey M. Daluz, Esq  
Katie A. D'Emilio, Esq  
Ballard Spahr Andrews & Ingersoll LLP  
919 N Market, 12th Flr.  
Wilmington, DE  19801

Phillip G. Young, Jr., Esq.  
Bass, Berry & Sims PLC  
315 Deaderick Street, Suite 2700  
AmSouth Center  
Nashville, TN  37238-3001

Ashley B Stitzer Esq  
Bayard PA  
222 Delaware Avenue, Suite 900  
Wilmington, DE  19801

Shari Munk Manel  
BCF LLP  
1100 Rene Levesque Blvd, W. 25th Flr.  
Montreal, QC  H3B 5C9

Attn: Grant R. Booker  
Bennett Motor Express LLC  
1001 Industrial Pkwy  
P.O. Box 569  
Mc Donough, GA  30253

Benjamin F. Mann  
Blackwell Sanders LLP  
4801 Main Ste 1000  
Plaza Colonnade  
Kansas City, MO  64112

John N. Blair
Blair & Roach LLP
2645 Sheridan Drive
Tonawanda, NY  14150

Attn: Stefan H. Kurschner
Daimler Trucks North America LLC
PO Box 3849 MP9-EXC
Portland, OR  92708-3849

Charles J. Filardi Jr.
Filardi Law Offices LLC
65 Trumbull Street, 2nd Flr.
New Haven, CT  06510

Jill L. Murch
Lars A. Peterson
Foley & Lardner LLP
321 N Clark Street, Suite 2800
Chicago, IL  60610-4764

Richard M. Roberson, Esq
Marcus Helt, Esq
Gardere Wynne Sewell LLP
3000 Thansgiving Tower
1601 Elm St
Dallas, TX  75201

Attn: Craig T. Boyd
Hale Products Inc Class One Inc
607 NW 27th Avenue
Ocala, FL  34475

Jennifer V. Doran, Esq
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA  02109

Robert B. Weiss, Esq.
Joseph R. Sgroi, Esq
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg
660 Woodward Ave
Detroit, MI  48226

Insolvency Section
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD  21201

David B. Wheeler, Esq
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC  29413-2828

J Caleb Boggs Federal Building
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

Richard M. Roberson, Esq
Patriarch Partners Agency Svcs LLC
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX  75201

Paula K. Jacobi, Esq.
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street
Suite 3000
Chicago, IL  60602

Attn: Donald Edward Mitchell, Sr., President
Rehoboth Beach Volunteer Fire Company Inc
PO Box 327
Rehoboth, DE  19971

Attn: Michael Mandell, Corporate Collection Manager
Ryder Integrated Logistics
11690 NW, 105th Street
Miami, FL  33178

Division of Corporations
Secretary of the State
PO Box 7040
Franchise Tax Division
Dover, DE  19903

Secretary of the Treasury
PO Box 7040
Dover, DE  19903

Attn Nathan Fuchs
Securities & Exchange Commission
New York Regional Office
233 Broadway
New York, NY  10279

Securities & Exchange Commission
15th & Pennsylvania Ave, NW
Washington, DC  20020

Beth Stern Fleming, Esq.
Stevens & Lee PC
1818 Market Street, 29th Flr.
Philadelphia, PA  19103

Joseph Grey, Esq.
Stevens & Lee PC
1105 N. Market Street, 7th Flr.
Wilmington, DE  19801

Ira J. Perlmuter
T5 Equity Partners LLC
The Whitehall, Suite 20 T
3333 Henry Hudson Pkwy
Riverdale, NY  10463

Ellen W. Slights, Esq
U S Attorneys Office
1007 N. Orange Street, Suite 700
Wilmington, DE  19899

William P. Weintraub, Esq.
Friedman Kaplan Seiler & Adelman LLP
1663 Broadway
46th Flr.
New York, NY  10019-6708

Wells Talmadge, Esq.
Associate General Counsel
Daimler Trucks North America LLC
4747 North Channel Avenue
Portland, OR  97217-7699

David W. Mersky, Esq.
Clymer & Musser, PC
408 West Chestnut Street
Lancaster, PA  17603

Charlene D. Davis, Esq.
Kathryn D. Sallie, Esq.
Bayard
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Beverly H. Shideler, Esq.
IBM
BS8399
Two Lincon Centre
Oakbrook Terrace, IL  60181

American LaFrance, LLC
1090 Newton Way
Summerville, SC  29483

American LaFrance, LLC
1116 Newton Way
Summerville, SC  29483

American LaFrance, LLC
S 4760 Camp Road
Hamburg, NY  14075

RD Murray Fire Apparatus-ALF
Hamburg Facility
S-4760 Camp Road
Hamburg, NY  14075

American LaFrance Aerials
c/o American LaFrance Aerials
1090 Newton Way
Summerville, SC  29483

American LaFrance Aerials
64 Cocalico Creek Road
Ephrata, PA  17522

American LaFrance Sanford
American LaFrance/AR
1090 Newton Way
Summerville, SC  29483

Sharon L. Stolte, Esq.
Stinson Morrison Hecker LLP
12 Corporate Woods
10975 Benson, Suite 550
Overland Park, KS  66210

Pat O'Donnell, Esq.
Law Offices of Patrick C. O'Donnell
32 South Curch Street
West Chester, PA  19382

Laughlan H. Clark, Esq.
Zender Thurston, P.S.
1700 D Street
Bellingham, WA  98227

Stephen E. Garcia, Esq.
53 West Jackson Boulevard
Suite 1660
Chicago, IL  60604

George Cauthen, Esq.
Betsy J. Burn, Esq.
Nelson Mullins Riley & Scarborough LLP
Meridian, 17th Flr.
1320 Main Street
Columbia, SC  29201

Francis A. Monaco, Jr., Esq.
Kevin J. Mangan, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street
25th Flr.
San Francisco, CA  94105-2126

Sheryl L. Toby, Esq.
Brendan G. Best, Esq.
Dykema Gossett PLLC
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI  48304

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl Jones LLP
919 N. Market Street, 17th Flr.
P.O. Box 8705
Wilmington, DE  19899-8705

Anthony M. Salzano, Esq.
Pasco County Board of Commissioners
West Pasco Government Center
7530 Little Road
Suite 340
New Port Richey, FL  34654