# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMERICAN LAFRANCE, LLC, <br><br> Debtor | Chapter 11 <br><br> Case No. 08-10178 (BLS) <br><br> Related Docket No. 1327, 1343 |

## ORDER APPROVING STIPULATION BY AND BETWEEN ALF CREDITORS TRUST AND KONTANE, INC. MODIFYING INTERIM DISTRIBUTION ORDER SOLELY AS IT RELATES TO THE KONTANE CLAIM

Upon consideration of the Stipulation By and Between ALF Creditors Trust and Kontane, Inc. Modifying Interim Distribution Order Solely as it Relates to the Kontane Claim (the "<u>Stipulation</u>"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Stipulation was appropriate under the circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Stipulation attached hereto as **Exhibit 1** is approved.

2. This Court shall retain jurisdiction to resolve any disputes arising under the Stipulation.

Dated: January 3, 2010
Wilmington, Delaware

_____
HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

#13583458 v1

**EXHIBIT 1**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN LAFRANCE, LLC,<br><br>Debtor | Chapter 11<br><br>Case No. 08-10178 (BLS) |

## STIPULATION BY AND BETWEEN ALF CREDITORS TRUST AND KONTANE, INC. MODIFYING INTERIM DISTRIBUTION ORDER SOLELY AS IT RELATES TO THE KONTANE CLAIM

WHEREAS, on November 25, 2009, the ALF Creditors Trust (the "Trust") filed the Motion of ALF Creditors Trust for an Order Authorizing First Interim Distribution to Holders of Allowed Class 4 (General Unsecured) Claims and Setting Maximum Creditor Reserve (D.I. 1205) (the "Interim Distribution Motion"), pursuant to which the Trust, through its trustee Executive Sounding Board Associates, Inc. (the "Trustee"), sought entry of an order (i) authorizing the Trust to make an initial distribution to holders of Allowed Class 4 Claims, (ii) approving a master matrix setting forth the maximum amount of the universe of general unsecured claims against the above-captioned debtors' (the "Reorganized Debtor") estate (the "Maximum Creditor Reserve"), and (iii) barring all parties-in-interest from asserting general unsecured claims in this case or against the Trust, other than claims up to the amount and priority listed in the Maximum Creditor Reserve; and

WHEREAS, on February 1, 2010, the Court entered an Order granting the Interim Distribution Motion (D.I. 1228) (the "Interim Distribution Order"); and

WHEREAS, Kontane Inc. ("Kontane") filed a proof of claim in the Reorganized Debtor's case (Claim No. 788, the "Kontane Claim") asserting a general unsecured claim in the amount of $1,675.98 and a secured claim in an unliquidated amount; and

#13579074 v3

WHEREAS, the Kontane Claim was not reserved for in any amount in the Interim Distribution Order; and

WHEREAS, on September 15, 2010, Kontane and the Reorganized Debtor entered into the Stipulation Regarding Allowance and Satisfaction of the Claim of Kontane, Inc., pursuant to which the Reorganized Debtor agreed to Allow the Kontane Claim as a Class 4 Claim in the amount of $260,000.00; and

WHEREAS, on November 23, 2010, the Trust filed the Motion for an Order Authorizing Final Distribution to Holders of Allowed Class 4 (General Unsecured) Claims (DI 1314) (the "Final Distribution Motion"),[1] pursuant to which the Trust seeks authority to make a final distribution to holders of Allowed Class 4 Claims; and

WHEREAS, Kontane maintains that its claims should have been listed on the Maximum Creditor Reserve in the Interim Distribution Motion, and the Trust is willing, subject to Court approval, to include the Kontane Claim in the Maximum Creditor Reserve in the amount at which the Debtor has stipulated to allowance of such claim.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Trust and Kontane (this "Stipulation"), subject to Court approval as follows:

1. Effective upon entry of an order of the Court approving this Stipulation, the Maximum Creditor Reserve established pursuant to the Interim Distribution Order shall be amended to reflect a reserve of $260,000.00 on account of the Kontane Claim.

2. The 18% distribution on account of the Allowed Kontane Claim shall be made by the Trust within ten days of entry of an order of the Court approving this Stipulation. The

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Final Distribution Motion.

remaining 4.5% distribution shall be made in the same time and manner as all other similarly-situated Allowed Class 4 Claims.

3. Ten-days notice of a request for Court approval of this Stipulation will be provided to parties-in-interest.

4. This Stipulation may be executed in any number of counterparts, each or which shall be deemed to be an original but all of which shall constitute one and the same document.

Dated: December 15, 2010

/s/ John H. Schanne, II
PEPPER HAMILTON LLP
David M. Fournier (DE No. 2812)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel to the ALF Creditors Trust*

/s/ Christopher M. Samis
RICHARDS LAYTON & FINGER LLP
Christopher M. Samis (DE No. 4909)
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Counsel to Kontane, Inc.*

#13579074 v3